TODD E. KENNEDY, ESQ.
Nevada Bar No. 6014
MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No. 7661
**BLACK & LOBELLO**
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
Tkennedy@blacklobellolaw.com
Mcouvillier@blacklobellolaw.com

*Attorneys For MMAWC L.L.C. d/b/a World Series of Fighting*

## U.S. DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WSOF ASIA, LIMITED, a Hong Kong limited liability company,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>MMAWC L.L.C. D/B/A WORLD SERIES OF FIGHTING; CARLOS SILVA, an Individual; ALI ABDEL AZIZ, an Individual; KEITH EVANS, an Individual; BARRY PINCUS, and Individual; BRICE DEIFIK, an Individual; NANCY AND BRUCE DEIFIK FAMILY PARTNERSHIP, LLLP, COLORADO LIMITED LIABILITY PARTNERSHIP; DOES I through X, inclusive; and ROE Corporations XX through XXX, inclusive,<br><br>　　　　　　Defendants. | STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br>(First Request)<br><br>Case No.: 2:15-cv-02065-JAD-VCF |

　　　Plaintiff WSOF ASIA, Limited ("Global") by and through its attorney Byron E. Thomas, Esq. and MMAWC, LLC/d/b/a World Series of Fighting ("WSOF"), by and through its attorney Maximiliano D. Couvillier III, Esq. stipulate and agree that WSOF may have up to and until January 29, 2016, to respond to Global's Complaint (Dkt. #1). This is the parties' first request

for extension of such deadline. This extension is necessary because the parties' settlement discussions are taking longer than expected, and more time is needed. The parties believe the extension will increase the chance of settlement and promote judicial efficiency, and to minimize litigation cost.

Dated this 20th day of January 2016.

**LAW OFFICES OF BYRON THOMAS**

/s/ Byron E. Thomas
Byron E. Thomas, Esq.
Nevada Bar No. 8906
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146
Phone: (702) 761-4945
Fax: (702) 543-4855
Byronthomaslaw@gmail.com
*Attorney for Global*

Dated this 20th day of January 2016.

**BLACK & LOBELLO**

/s/Maximiliano D. Couvillier III
Maximiliano D. Couvillier III, Esq.
Nevada Bar No. 7661
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
Phone: (702) 869-8801
Fax: (702) 869-2669
Mcouvillier@blacklobellolaw.com
*Attorneys for WSOF*

**IT IS SO ORDERED.**

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Dated this 21st day of January 2016.