1  TODD E. KENNEDY, ESQ.
   Nevada Bar No. 6014
2  MAXIMILIANO D. COUVILLIER III, ESQ.
   Nevada Bar No. 7661
3  **BLACK & LOBELLO**
   10777 W. Twain Ave., 3rd Fl.
4  Las Vegas, Nevada 89135
   (702) 869-8801
5  (702) 869-2669 (fax)
   Tkennedy@blacklobellolaw.com
6  Mcouvillier@blacklobellolaw.com

7

   *Attorneys For MMAWC L.L.C. d/b/a World Series of Fighting*
8

9                          **U.S. DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

12  WSOF ASIA, LIMITED, a Hong Kong       **STIPULATION AND ORDER FOR**
    limited liability company,             **EXTENSION OF TIME TO RESPOND**
                                           **TO COMPLAINT**
13                                               **(Second Request)**
                    Plaintiff
14
    v.
15                                         Case No.:  2:15-cv-02065-JAD-VCF

16  MMAWC L.L.C. D/B/A WORLD SERIES
    OF FIGHTING;  CARLOS   SILVA,    an
17  Individual; ALI ABDEL AZIZ, an Individual;
    KEITH  EVANS,  an  Individual;  BARRY
18  PINCUS, and Individual; BRICE DEIFIK, an
    Individual; NANCY AND BRUCE DEIFIK
19  FAMILY          PARTNERSHIP,      LLLP,
    COLORADO       LIMITED        LIABILITY
20  PARTNERSHIP;  DOES   I   through   X,
    inclusive; and ROE Corporations XX through
21  XXX, inclusive,

22
                    Defendants.
23

24       Plaintiff WSOF ASIA, Limited ("Global") by and through its attorney Byron E. Thomas,

25  Esq. and MMAWC, LLC/d/b/a World Series of Fighting ("WSOF"), by and through its attorney

26  Maximiliano D. Couvillier III, Esq. stipulate and agree that WSOF and Carlos Silva may have up

27  to and until February 12, 2016, to respond to Global's Complaint (Dkt. #1).  This is the parties'

28

BLACK & LOBELLO
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

1   second request for extension of such deadline. This extension is necessary because the parties'

2   settlement discussions are taking longer than expected, and more time is needed. The parties

3   believe the extension will increase the chance of settlement and promote judicial efficiency, and

4   to minimize litigation cost.

Dated this 29th day of January 2016.       Dated this 29th day of January 2016.

**LAW OFFICES OF BYRON THOMAS**     **BLACK & LOBELLO**

/s/ Byron E. Thomas          /s/Maximiliano D. Couvillier III
Byron E. Thomas, Esq.         Maximiliano D. Couvillier III, Esq.
Nevada Bar No. 8906          Nevada Bar No. 7661
3275 S. Jones Blvd. Ste. 104      10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89146       Las Vegas, Nevada 89135
Phone: (702) 761-4945        Phone: (702) 869-8801
Fax: (702) 543-4855          Fax: (702) 869-2669
Byronthomaslaw@gmail.com      Mcouvillier@blacklobellolaw.com
*Attorney for Global*            *Attorneys for WSOF*

**IT IS SO ORDERED.**

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Dated this ___1st___ day of ~~January~~ February 2016.