TODD E. KENNEDY, ESQ.
Nevada Bar No. 6014
MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No. 7661
**BLACK & LOBELLO**
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
Tkennedy@blacklobellolaw.com
Mcouvillier@blacklobellolaw.com

*Attorneys For MMAWC L.L.C. d/b/a World Series of Fighting*

## U.S. DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WSOF ASIA, LIMITED, a Hong Kong limited liability company,<br><br>Plaintiff<br><br>v.<br><br>MMAWC L.L.C. D/B/A WORLD SERIES OF FIGHTING; CARLOS SILVA, an Individual; ALI ABDEL AZIZ, an Individual; KEITH EVANS, an Individual; BARRY PINCUS, and Individual; BRICE DEIFIK, an Individual; NANCY AND BRUCE DEIFIK FAMILY PARTNERSHIP, LLLP, COLORADO LIMITED LIABILITY PARTNERSHIP; DOES I through X, inclusive; and ROE Corporations XX through XXX, inclusive,<br><br>Defendants. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br>**(Third Request)**<br><br>Case No.: 2:15-cv-02065-JAD-VCF |

Plaintiff WSOF ASIA, Limited ("Global") by and through its attorney Byron E. Thomas, Esq. and MMAWC, LLC/d/b/a World Series of Fighting ("WSOF"), by and through its attorney Maximiliano D. Couvillier III, Esq. stipulate and agree that WSOF and Carlos Silva may have up to and until **March 4, 2016**, to respond to Global's Complaint (Dkt. #1).  This is the parties'

third request for extension of such deadline. This extension is necessary because the parties' settlement discussions are on-going and additional time is necessary to allow negotiations to continue. The parties believe the extension will increase the chance of settlement and promote judicial efficiency, and to minimize litigation cost.

Dated this 12th day of February 2016.

**LAW OFFICES OF BYRON THOMAS**

/s/ Byron E. Thomas
Byron E. Thomas, Esq.
Nevada Bar No. 8906
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146
Phone: (702) 761-4945
Fax: (702) 543-4855
Byronthomaslaw@gmail.com
*Attorney for Global*

Dated this 12th day of February 2016.

**BLACK & LOBELLO**

/s/Maximiliano D. Couvillier III
Maximiliano D. Couvillier III, Esq.
Nevada Bar No. 7661
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
Phone: (702) 869-8801
Fax: (702) 869-2669
Mcouvillier@blacklobellolaw.com
*Attorneys for WSOF*

**IT IS SO ORDERED.**

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Dated this 16th day of February 2016.