LAW OFFICES OF BYRON THOMAS
BYRON E. THOMAS, ESQ.
Nevada Bar No. 8906
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146
Phone: (702) 761-4945
Facsimile: (702) 543-4855
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WSOF ASIA, LIMITED, a Hong Kong limited liability company,<br><br>Plaintiff<br><br>v.<br><br>MMAWC L.L.C. D/B/A WORLD SERIES OF FIGHTING; CARLOS SILVA, an Individual; ALI ABDEL AZIZ, an Individual; KEITH EVANS, an Individual; BARRY PINCUS, and Individual; BRICE DEIFIK, an Individual; NANCY AND BRUCE DEIFIK FAMILY PARTNERSHIP, LLLP, COLORADO LIMITED LIABILITY PARTNERSHIP; DOES I through X, inclusive; and ROE Corporations XX through XXX, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-02065-JAD-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

//

Plaintiff WSOF ASIA, LIMITED and defendants MMAWC, LLC/d/b/a World Series of Fighting and CARLOS SILVA, by and through the respective undersigned counsel, stipulate to the dismissal of the above captioned action **WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

Dated this ___ day of February 2016.

**LAW OFFICES OF BYRON THOMAS**

_____
Byron E. Thomas, Esq.
Nevada Bar No. 8906
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146
Phone: (702) 761-4945
Fax: (702) 543-4855
Byronthomaslaw@gmail.com
*Attorneys for Plaintiff WSOF ASIA, LIMITED*

Dated this 29 day of February 2016.

**BLACK & LOBELLO**

_____
Maximiliano D. Couvillier III, Esq.
Nevada Bar No. 7661
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
Phone: (702) 869-8801
Fax: (702) 869-2669
Mcouvillier@blacklobellolaw.com
*Attorneys for Defendants MMAWC, LLC/d/b/a World Series of Fighting and CARLOS SILVA*

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: March 1, 2016.

_____
UNITED STATES DISTRICT JUDGE